UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES WARRINGTON<br>c/o Pangia Law Group<br>1717 N St., Suite 400<br>Washington, DC 20036<br><br>    Plaintiff<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION<br>c/o Michael G. Whitaker<br>800 Independence Ave., SW<br>Washington DC 20591<br><br>and<br><br>UNITED STATES DEPARMENT OF<br>JUSTICE<br>c/o Merrick Garland<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br><br>    Defendants. | |

**FREEDOM OF INFORMATION ACT COMPLAINT**

Now Comes, Plaintiff, James Warrington, by and through counsel and for his complaint against the Federal Aviation Administration and the Department of Justice, states as follows:

**INTRODUCTION**

1.    James Warrington has submitted two different Freedom of Information Act ("FOIA") requests to Federal Aviation Administration ("FAA") and the Department of Justice ("DOJ") in order to determine the outcome of a wrongful death lawsuit against the United States. James Warrington's ex-wife and the mother of his children died in the same crash. To date the

1

Defendants have not produced any responsive records. Further, the Defendants have failed to make any determination on the FOIA requests. Therefore, Plaintiff now files this action for injunctive and other appropriate relief under the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this matter pursuant to 5 U.S.C. §§ 552(a)(4)(B), (6)(C)(i) and 28 U.S.C. § 1331.

3. Venue is proper in this Court under 5 U.S.C. § 552(a)(4)(B) as this is the District of Columbia.

**PARTIES**

4. James Warrington, by and through counsel, has made FOIA requests to both the FAA and DOJ concerning litigation arising out of a plane crash that occurred on August 14, 2016 in Northport, Alabama.

5. The FAA is a U.S. federal government agency within the U.S. Department of Transportation which regulates and supports civil aviation in the United States. The FAA is an agency of the United States under 5 U.S.C. § 552(f)(1). Among other duties, the FAA is responsible for receiving and acknowledging claims under the Federal Tort Claims Act (28 U.S.C. §1346(b)(l) and 28 U.S.C. §2671, *et seq*.) and has responsive records in its possession, custody, and control. Defendant is charged with the duty to provide public access to records in its possession consistent with the requirements of FOIA.

6. The DOJ is an executive department within the government of United States charged with enforcing the law and defending the interests of the United States. The DOJ is an

agency of the United States under 5 U.S.C. § 552(f)(1). Among other duties, the DOJ is responsible for defending and resolving claims under the Federal Tort Claims Act (28 U.S.C. §1346(b)(l) and 28 U.S.C. §2671, *et seq*.) and has responsive records in its possession, custody, and control. Defendant is charged with the duty to provide public access to records in its possession consistent with the requirements of FOIA.

## STATEMENT OF FACTS

7.   On or about August 18, 2018, the FAA received a SF95 concerning the alleged failure of Air Traffic Controllers to properly direct an aircraft in distress in Northport, Alabama. A heavily redacted copy of the SF 95 is attached hereto and incorporated by reference as Exhibit 1.

8.   Plaintiff requested a copy of the SF95 from the FAA on or about October 24, 2023.  Counsel followed up on the request on or about May 2, 2024.  A true and correct copy of the follow up email is attached hereto and incorporated by reference as Exhibit 2.   To date the FAA has not produced any records responsive to this FOIA request.

9.   In addition, Plaintiff, by and through counsel made a request of the DOJ for settlement agreement in this matter, detailing the settlement agreement and the amounts the Plaintiffs received in order to resolve their FTCA case.  A true and correct copy of the acknowledgement of the administrative appeal is attached hereto and incorporated by reference as Exhibit 3.   To date the DOJ has not produced any records responsive to this FOIA request.

10.   Under FOIA, an agency is required to make an initial "determination" with regard to a request within twenty business days of its receipt. See 5 U.S.C. § 552(a)(6)(A)(i).

11. Under FOIA, a person making a request is deemed to have exhausted his administrative remedies if the agency fails to comply with the applicable time limit provisions set forth in the statute. See 5 U.S.C. § 552(a)(6)(C)(i).

12. The FAA thus far has failed to produce any responsive agency records to Plaintiff and the statutory period for an agency response has expired. Similarly, the FAA has failed to communicate the scope of the documents it intends to produce and its reasons for withholding any documents.

13. The DOJ also has thus far failed to produce any responsive agency records to Plaintiff and the statutory period for an agency response has expired. Nor has the DOJ communicated the scope of the documents it intends to produce and its reasons for withholding any documents.

## CAUSES OF ACTION
### COUNT ONE
### Violation of the Freedom of Information Act, 5 U.S.C. § 552 for Failure to Respond Within the Time Required by the FAA

14. Plaintiff realleges and reavers the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

15. Under the FOIA, the FAA was required to respond to Plaintiff's FOIA request and to notify Plaintiff of the agency's determination within thirty working days after receiving the request. 5 U.S.C. § 552(a)(6)(A), (6)(B).

16. The FAA's failure to make the requisite determination and to communicate it to the Plaintiff within the time allowed by the statute violates the FOIA. 5 U.S.C. § 552(a)(6)(A)(i).

///

///

## COUNT TWO
### Violation of the Freedom of Information Act, 5 U.S.C. § 552
### for Failure to Respond Within the Time Required by the DOJ

17. Plaintiff realleges and reavers the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

18. Under the FOIA, the DOJ was required to respond to Plaintiff's FOIA request and to notify Plaintiff of the agency's determination within thirty working days after receiving the request. 5 U.S.C. ¬ß 552(a)(6)(A), (6)(B).

19. The DOJ's failure to make the requisite determination and to communicate it to the Plaintiff within the time allowed by the statute violates the FOIA. 5 U.S.C. §552(a)(6)(A)(i).

## COUNT THREE
### Violation of the Freedom of Information Act, 5 U.S.C. § 552
### for Failure to Conduct an Adequate Search by the FAA

20. Plaintiff realleges and reavers the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

21. The FAA has violated its obligation under the FOIA by failing to make a reasonable effort to search for records responsive to Plaintiff's request. 5 U.S.C. § 552(a)(3)(C).

## COUNT FOUR
### Violation of the Freedom of Information Act, 5 U.S.C. § 552
### for Failure to Conduct an Adequate Search by the DOJ

22. Plaintiff realleges and reavers the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

23. The DOJ has violated its obligation under the FOIA by failing to make a reasonable effort to search for records responsive to Plaintiff's request. 5 U.S.C. § 552(a)(3)(C).

## COUNT FIVE
### Violation of the Freedom of Information Act, 5 U.S.C. § 552;
### Wrongful Withholding of Records by the FAA

24. Plaintiff realleges and reavers the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

25. The FAA is wrongly withholding agency records by failing to produce non-exempt records responsive to Plaintiff's FOIA request and by failing to segregate and produce non-exempt records responsive to Plaintiff's FOIA request.

26. The FAA is obligated under 5 U.S.C. § 552(a)(3)(A) to promptly produce records responsive to the Plaintiff's FOIA request.

27. Plaintiff has a legal right to obtain such records, and no legal basis exists for the FAA's failure to disclose them.

28. The FAA's failure to disclose all responsive records violates their statutory obligations to make requested records promptly available to the public. 5 U.S.C. § 552(a).

## COUNT SIX
### Violation of the Freedom of Information Act, 5 U.S.C. § 552;
### Wrongful Withholding of Records by the DOJ

29. Plaintiff realleges and reavers the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

30. The DOJ is wrongly withholding agency records by failing to produce non-exempt records responsive to Plaintiff's FOIA request and by failing to segregate and produce non-exempt records responsive to Plaintiff's FOIA request.

31. The DOJ is obligated under 5 U.S.C. § 552(a)(3)(A) to promptly produce records responsive to the Plaintiff's FOIA request.

32. Plaintiff has a legal right to obtain such records, and no legal basis exists for the DOJ's failure to disclose them.

33. The DOJ's failure to disclose all responsive records violates their statutory obligations to make requested records promptly available to the public. 5 U.S.C. § 552(a).

**WHEREFORE**, the plaintiff James Warrington, requests the Court to:

1. Declare that Defendant's failure to make a timely determination with regard to Plaintiff's Request violates FOIA, 5 U.S.C. §§ 552(a)(6)(A)(i) and (B);

2. Order Defendant to expeditiously conduct an adequate search for all records responsive to Plaintiff's FOIA Request in accordance with 5 U.S.C. § 552(a)(3)(C);

3. Declare that Defendant's failure to promptly disclose the records responsive to Plaintiff's Request violates FOIA, 5 U.S.C. § 552(a)(3)(A);

4. Order Defendant to expeditiously disclose all responsive, non-exempt records and enjoin Defendant from improperly withholding records;

5. Award Plaintiff his attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

6. Grant such other relief as the Court may deem just, equitable, and appropriate.

Respectfully submitted,
PANGIA LAW GROUP

_____/s/   Doug Desjardins_____

Douglas P. Desjardins
1717 N Street N.W.
Suite 300
Washington, D.C. 20036
*Counsel for Plaintiff*